IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES WALTERS      :    CIVIL RIGHTS ACTION
    PLAINTIFF     :
    V.                 :    COMPLAINT NO. **11 7453**
                            (to be assigned)
MUHLENBURG TOWNSHIP    :
    POLICE DEPARTMENT
5401 Leesport Ave       :    TO THE JUDGES OF THIS HONORABLE COURT
READING, PA 19560
Temple PA 19560    42 U.S.C. 1983 CIVIL RIGHTS ACTION

## CIVIL RIGHTS COMPLAINT

1) On December 2, 2009 The Plaintiff James Walters was arrested by Officer Jason Bowen of the Muhlenburg Township Police department.

2) The Plaintiff was in full compliance with the officer's orders.

3) During the arrest the officer wrecklessly used excessive force by grabbing the plaintiff by the back of the neck and violently shoving his torso and face into the macadam.

4) As a result of the officer's excessive force the Plaintiff suffered 2 acute fractures of the 9th and 10th right side ribs. Also while being dragged by the officer sustained scraping and bruising on his torso, legs and soreness and bruising inflicted to the plaintiff's middle back area caused by the officer's knee.

5) After requesting medical treatment for his injuries, the officer denied him any treatment.

6) As a result of these injuries the plaintiff has suffered a great deal of excrutiating severe pain, loss of motion, difficulty breathing, difficulty eating, excersising and sleeping. The Plaintiff has suffered severe mental and physical diress. He has also experienced a great deal of sharp stabbing pain in the right rib area. TTo this day suffers severe numbness in the injured area.

7) The Plaintiff respectfully asks this Honorable Court to be awarded pain and suffereng damages in the amount of $100,000.00 (one hundred thousand dollars.) The excessive force is a clear violation of my civil rights.

**THEREFORE,** The Plaintiff respectfully asks this Honorable court that the Plaintiff be granted this complaint to be heard and fix a date as expediantly as possible.

Respectfully Submitted,

*James Walters*
JAMES WALTERS
PLAINTIFF PRO-SE

CIVIL RIGHTS COMPLAINT

11/28/11

RECEIVED DEC 06 2011